1
2
3
4                    **UNITED STATES DISTRICT COURT**
5                          **DISTRICT OF NEVADA**
6                                  **-o0o-**
7
8    UNITED STATES OF AMERICA,        )
                                       )
                    Plaintiff,         )     Case No. 2:06-cr-192-PMP-LRL
9                                      )
                    vs.                )     **ORDER OF TEMPORARY**
10                                     )     **DETENTION**
     JAN SENN,                         )
11                                     )
                    Defendant.         )
12   _____)
13          The Defendant having had her initial appearance on March 8, 2011,

14          IT IS HEREBY ORDERED that the defendant is remanded to custody until March 14,

15   2011.  The defendant shall be released from custody on March 14, 2011, and shall reside at the

16   CARE facility pending the hearing set before Judge Philip M. Pro on March 30, 2011, at 4:00

17   p.m. in LV Courtroom 7C.

18          DATED this  9th  day of March, 2011.

19

20                                                _____
                                                  GEORGE FOLEY, JR.
21                                                United States Magistrate Judge

22
23
24
25
26
27
28